IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYN M. FERRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-167 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant's Motion (**Doc. 30**) for reconsideration, which the Court will construe as a Motion for relief from judgment under Civil Rule 60(b)(6), is **GRANTED**. Extraordinary circumstances exist,[1] namely, the Court mistakenly believed that Plaintiff's Motion for Approval of Wrongful Death & Survival Settlements (Doc. 24) was jointly-made, or at least was unopposed. Defendant promptly advised the contrary (*see* Doc. 27), and – its perplexing submission of a contemporaneous Rule 41 Stipulation (Doc. 28) notwithstanding – the interests of justice strongly favor reopening the case.

Consistent with the above, the case is **REOPENED**; the Court Orders approving settlement (**Doc. 25**) and approving the Stipulation of Dismissal (*see* **Doc. 29**) are **VACATED**; and a Telephonic Status Conference will be held on **November 5, 2020 at 11:00 a.m.** to discuss where the case will go from here.

---

[1] *See* Money Ctrs. of Amer. v. Regen, 2005 WL 2663709, *2 (D. Del. Oct. 17, 2005) (addressing standards applied in this Circuit for setting aside judgment of dismissal).

2

Counsel are directed to call USA Toll-Free Number (877) 336-1831.  In the event of a prolonged busy signal, counsel are directed to call 404-443-6397.  The Access Code is 6058460 for both telephone numbers.  A security code will be emailed to counsel no later than 24 hours in advance of the Conference.

    IT IS SO ORDERED.


October 22, 2020                                                                  s/Cathy Bissoon                       
                                                                                                         Cathy Bissoon
                                                                                                        United States District Judge

cc (via ECF email notification):

All Counsel of Record